ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RUI WANG
ROSALEEN O'GARA
Assistant U.S. Attorneys
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Email: rosaleen.ogara@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00339-02-TUC-JAS |
| Plaintiff, | I N F O R M A T I O N |
| vs. | Violation: 18 U.S.C. § 4 |
| Francisco Ruelas-Pena, | (Misprision of a Felony) |
| Defendant. | (Felony) |

On or about January 25, 2017, at or near Sells, in the District of Arizona, the defendant, Francisco Ruelas-Pena, having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Section 4.

Dated this 18th day of December, 2017.

ELIZABETH A. STRANGE
First Assist. ~~Acting~~ United States Attorney
District of Arizona

RUI WANG
ROSALEEN O'GARA
Assistant U.S. Attorney